504

539 A.2d 348

Harry M. GREEN, Sr., Petitioner,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA
BOARD OF PROBATION AND PAROLE.

No. 575 W.D. Allocatur Dkt. 1986.

Supreme Court of Pennsylvania.

March 18, 1988.

ORDER

PER CURIAM:

AND NOW, this 18th day of March, 1988, the Petition for Allowance of Appeal is dismissed.